STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Donald Wilson
Gaharan & Wilson
P. O. Box 1346
Jena LA 71342

**REHEARING ACTION: December 19, 2012**

**Docket Number: 12   00377-CA**

**DAN VEULEMAN, ET UX.**
**VERSUS**
**MUSTANG HOMES, LLC**

**Appealed from LaSalle Parish Case No. 37,199**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Elizabeth A. Pickett**
   **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dan Veuleman** and **Jody Veuleman** has this day been

   **DENIED.**

cc: Brendan P. Doherty, Counsel for the Appellee
   Daniel G. Rauh, Counsel for the Appellee
   Victoria E. Emmerling, Counsel for the Appellee
   James Carpenter Crigler, Jr., Counsel for the Appellee